IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

          Plaintiffs,

    vs.

RICHARD GARZA,

          Defendant.

**4:22CR3034**

**AMENDED ORDER**
**and**
**WRIT**

At Defendant's request, the writ for the appearance of Cesar Marino-Alarcon (Filing No. 93) is amended as follows:

TO: WARDEN, FCI TEXARKANA, TEXARKANA, TEXAS, OR ANY OTHER PERSON HAVING CUSTODY OF THE ABOVE-NAMED INDIVIDUAL; THE U.S. MARSHAL FOR THE DISTRICT OF NEBRASKA

We command that you have Cesar Marino-Alarcon #88168-509, now detained in the FCI Texarkana, Texarkana, Texas under safe and secure conduct, before this Court in Courtroom 1, U.S. Federal Courthouse, 100 Centennial Mall North, Lincoln, Nebraska, on October 10, 2023 at 9:00 a.m. and each day thereafter as may be necessary, for the purpose of providing testimony for the above case, and upon conclusion of the testimony to return said Cesar Marino-Alarcon to the custody from which defendant came under safe and secure conduct in accordance with law.

WITNESS THE UNITED STATES JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA.

Dated this 4th day of August, 2023.

          BY THE COURT:

          *s/ Cheryl R. Zwart*
          United States Magistrate Judge