IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:22-CR-3034 |
| vs. | ORDER |
| RICHARD GARZA, | |
| Defendant. | |

This matter is before the Court on the government's motion to dismiss (filing 172). The government has advised the Court that it intends to dismiss Count I as found in both the initial and superseding indictment. Accordingly, pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of Count I of the indictment and superseding indictment, with prejudice, as it relates to the above-captioned defendant.

IT IS ORDERED:

1. The government's motion to dismiss (filing 172) is granted.

2. Count I of the indictment and superseding indictment are dismissed with prejudice.

3. This matter will be set for sentencing as to Count II of the superseding indictment.

Dated this 13th day of March, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge